UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRANCE ROYAL** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 06-2029** |
| **BURL CAIN, WARDEN** | * | **SECTION "E" (6)** |

## ORDER

**IT IS HEREBY ORDERED** that the automatic referral to the Magistrate Judge of the captioned petition for habeas corpus relief filed pursuant to Title 28 U.S.C. § 2254 is hereby **REVOKED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **REMOVE** the Magistrate Judge as the referral officer on the electronic docket sheet.

New Orleans, Louisiana, this ___7th___ day of _____August_____, 2008.

**MARCEL LIVAUDAIS, JR.**
**UNITED STATES DISTRICT JUDGE**